UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Reanna Valdez,                                                          Civil No. 18-51 (DWF/HB)

          Plaintiff,

v.                                                                            **ORDER ADOPTING REPORT
                                                                              AND RECOMMENDATION**

Allen Simpson,

          Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated February 6, 2018. (Doc. No. 3.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.    Magistrate Judge Hildy Bowbeer's February 6, 2018 Report and Recommendation (Doc. No. [3]) is **ADOPTED**.

2.    This matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

3.    Plaintiff Reanna Valdez's application to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 1, 2018          s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge